# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Vicky Martin | **Repayment Agreement and Order** | No: 5:18-CR-00016-002 |

On March 5, 2019, Vicky Martin was sentenced to 21 months imprisonment followed by a 60 month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Martin. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on March 5, 2019, I have been ordered to pay a total restitution of $1,663,205.25 and a special assessment of $100.00.

2. On October 20, 2020, I began my service of 60 months of supervised release. The mandatory assessment was satisfied on December 3, 2018. The current balance of my restitution is $1,650,747.00.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of August, 2023, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $429.00 per month during the term of supervision.

_____       7/6/2023
Vicky Martin                          Date

_____       7/6/2023
John A. Fulford, U.S. Probation Officer   Date

_____       07/06/2023
Assistant U.S. Attorney               Date

---

**THE COURT ORDERS:**

☒ Approval    ☐ Disapproval

_____
Tilman E. Self, III
U.S. District Judge

7/10/23
Date